No. 600, Misc. SCHNEPP *v.* NEVADA. Sup. Ct. Nev. Certiorari denied. Petitioner *pro se. Harvey Dickerson,* Attorney General of Nevada, and *William J. Raggio* for respondent.

No. 602, Misc. WALDON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.

No. 613, Misc. COX *v.* BURKE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 643, Misc. KOSTAL *v.* COLORADO. Sup. Ct. Colo. Certiorari denied. *Donald P. MacDonald* for petitioner.

No. 647, Misc. HOWARD *v.* RHAY, PENITENTIARY SU-PERINTENDENT. Sup. Ct. Wash. Certiorari denied.

No. 649, Misc. MONTAYNE *v.* UTAH. Sup. Ct. Utah. Certiorari denied. *George H. Searle* for petitioner.

No. 651, Misc. STEVENSON *v.* MANCUSI, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 654, Misc. BRAXTON *v.* PEYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 656, Misc. CERNY *v.* RHAY, PENITENTIARY SU-PERINTENDENT. Sup. Ct. Wash. Certiorari denied.

No. 658, Misc. SPIESEL *v.* ROOS. C. A. 2d Cir. Certiorari denied.